■ In the Matter of FISTRAW HOLDING CORPORATION et al., Respondents, v BOARD OF ASSESSORS OF THE TOWN OF COLONIE, et al., Appellants, and SOUTH COLONIE CENTRAL SCHOOL DISTRICT, Intervenor-Appellant.—Appeal from an order and judgment of the Supreme Court at Trial Term (Cobb, J.), entered August 13, 1985 in Albany County, which granted petitioners' application, in a proceeding pursuant to Real Property Tax Law article 7, to reduce petitioners' real property assessments for the years 1981, 1982 and 1983.

Order and judgment affirmed, with costs, upon the opinion of Justice George L. Cobb at Trial Term. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.